BAILEY v. STATE OF N.C.

No. 56PA00

Case below: Wake County Superior Court

Motion by plaintiffs to dismiss appeal for lack of subject matter jurisdiction denied 15 June 2000.

BOVIS CONSTR. CORP. v. WESTERN MASS. LIFE CARE CORP.

No. 130P00

Case below: 136 N.C.App. 669

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.

CARRINGTON v. BROWN

No. 127P00

Case below: 136 N.C.App. 554

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.

CASH v. STATE FARM MUT. AUTO. INS. CO.

No. 203PA00

Case below: 137 N.C.App. 192

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 15 June 2000.

CLARK v. HOST MARRIOTT CORP.

No. 173P00

Case below: 137 N.C.App. 384

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 15 June 2000.